1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  BOUNMY KAE MANGMORADETH, | Case No. 1:25-cv-01874-EPG-HC |
| 11        Petitioners, | ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF |
| 12     v. | COUNSEL WITHOUT PREJUDICE |
| 13  PAMELA BONDI, et al., | (ECF No. 2) |
| 14        Respondents. | |

15

16    Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of

17 habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has moved for appointment of counsel.

18 (ECF No. 2.)

19    There currently exists no absolute right to appointment of counsel in habeas proceedings.

20 See, e.g., Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986); Anderson v. Heinze, 258 F.2d

21 479, 481 (9th Cir. 1958). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of

22 counsel at any stage of the proceeding for financially eligible persons if "the interests of justice

23 so require." To determine whether to appoint counsel, the "court must evaluate the likelihood of

24 success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light

25 of the complexity of the legal issues involved." Weygandt v. Look, 718 F.2d 952, 954 (9th Cir.

26 1983).

27    Petitioner argues that counsel should be appointed because Petitioner "has a strong

28 chance of success on the merits," "the complexity of the law on immigration detention," and

1   because "Petitioner's status as a detained immigrant" makes presenting the case difficult without

2   the assistance of counsel. (ECF No. 2 at 2.)

3       Upon review of the petition and the instant motion, the Court finds that Petitioner appears

4   to have a sufficient grasp of the claims and the legal issues involved and that Petitioner is able to

5   articulate those claims adequately. The Court finds that the interests of justice do not require the

6   appointment of counsel at the present time. If, upon review of Respondent's response to the

7   petition, the Court finds that the legal issues are more complex than they appear currently, the

8   Court will revisit Petitioner's request for counsel.

9       Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for appointment of

10  counsel (ECF No. 2) is DENIED without prejudice.

11

12  IT IS SO ORDERED.

13      Dated:   **December 29, 2025**         /s/ _Erica P. Grosjean_

14                                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28