# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOUNMY KAE MANGMORADETH, | Case No. 1:25-cv-01874-KES-EPG-HC |
| Petitioners, | ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO PETITION AND SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FOLLOW COURT ORDERS |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents. | ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON U.S. ATTORNEY'S OFFICE AND KIMBERLY A. SANCHEZ |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 23, 2025, the Court ordered that "Respondents shall not remove Petitioner from the United States nor transfer Petitioner out of this District," (ECF No. 4), and directed Respondents to file a response to the petition within thirty days, (ECF No. 5). As no response had been filed more than a week after the original deadline, on January 30, 2026, the Court granted a single *sua sponte* extension and ordered Respondents to file a response to the petition on or before February 9, 2026. (ECF No. 8.) To date, no response has been filed, and the time for doing so has passed. Additionally, court documents mailed to Petitioner have been returned as undeliverable because Petitioner is not in custody.[1]

---

[1] Other court documents have been returned as undeliverable for insufficient address.

1

Accordingly, the Court HEREBY ORDERS that:

1. Within seven (7) days of the date of service of this order, Respondents SHALL FILE a response to the petition.

2. Within seven (7) days of the date of service of this order, Respondents SHALL:

   a. SHOW CAUSE why sanctions should not be imposed for failure to follow the Court's December 23, 2025 and January 30, 2026 orders to respond (ECF Nos. 5, 8);

   b. Inform the Court of Petitioner's current address; and

   c. Indicate whether Respondents have complied with the Court's December 23, 2025 order that "Respondents shall not remove Petitioner from the United States nor transfer Petitioner out of this District." (ECF No. 4.)

3. The Clerk of Court is DIRECTED to serve a copy of this order, via email, on the U.S. Attorney's Office at usacae.ecf2241-imm@usdoj.gov, and Assistant United States Attorney Kimberly A. Sanchez at kimberly.sanchez@usdoj.gov.

IT IS SO ORDERED.

Dated:   **February 10, 2026**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2