**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOUNMY KAE MANGMORADETH, | No.  1:25-cv-01874 KES EPG (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents. | Docs. 1, 11 |

Petitioner Bounmy Kae Mangmoradeth brought a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention.  *See generally* Doc. 1.  On February 10, 2026, the magistrate judge observed that Mangmoradeth had been deported from the United States, and recommended the Court dismiss the petition as moot.  Doc. 11.

The Court served the findings and recommendations on the parties, including at the only mailing address on record for Mangmoradeth.  The Court informed the parties that any objections were due within 14 days.  Doc. 11 at 4.  Although the U.S. Postal Service returned the mail to Mangmoradeth as undeliverable, service is deemed fully effective pursuant to Local Rule 182(f).  Respondents did not file any objections to the findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this matter. Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

The Court **ORDERS**:

1.  The findings and recommendations issued on February 12, 2026 (Doc. 11) are **ADOPTED** in full.

2.  The petition for writ of habeas corpus (Doc. 1) is dismissed as **MOOT**.

3.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   March 19, 2026

_____
UNITED STATES DISTRICT JUDGE

2